# United States Bankruptcy Court
## District of South Carolina

IN RE:

Joao Francisco F. Martins
Nancy Rodrigues Martins
863 Timber Creek Drive
York, SC  29745

CASE NO.: 15-03764-hb
CHAPTER 13

DEBTORS

### TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS

Gretchen D. Holland, Trustee for the above referenced case is submitting by mail check #0737724 in the amount of $15,652.37 representing monies designated to creditors or debtor refund as follows:

| Creditor / Payee | Reason for Return | Amount |
|---|---|---|
| Helena Pinto<br>Trustee Claim #: 14<br>Court Claim #: 4 | Original creditor is deceased and trustee has been unable to determine if a probate estate exists that is entitled to the funds; and if so, who the appropriate party is to be notified. | $15,652.37 |

Date: 03/04/2021

/s/ Gretchen D. Holland

Gretchen D. Holland, Chapter 13 Trustee
20 Roper Corners Cir Ste C
Greenville, SC  29615-4833
864-242-0314
864-242-3679 Facsimile

### FOR BANKRUPTCY COURT USE ONLY

| Date | Reference | Received | Disbursed | Balance |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |