2100 B (12/15)

# United States Bankruptcy Court

District of South Carolina
Case No. 15-03764-hb
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Joao Francisco F. Martins<br>863 Timber Creek Drive<br>York SC 29745 | Nancy Rodrigues Martins<br>863 Timber Creek Drive<br>York SC 29745 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/23/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: HELENA R PINTO, MATTHEW TOLL ESQ, 1217 CAPE CORAL PARKWAY E #121, CAPE CORAL  FL  33904 | Spring Solutions, LLC<br>PO Box 334<br>Glen Burnie, MD 21060-0334 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/25/22

Laura A. Austin
**CLERK OF THE COURT**

Certificate of Notice    Page 2 of 3

United States Bankruptcy Court

District of South Carolina

In re:  Case No. 15-03764-hb
Joao Francisco F. Martins  Chapter 13
Nancy Rodrigues Martins
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0420-7     User: admin     Page 1 of 2
Date Rcvd: Sep 23, 2022     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 542867086 | + | HELENA R PINTO, MATTHEW TOLL ESQ, 1217 CAPE CORAL PARKWAY E #121, CAPE CORAL FL 33904-9604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2022          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2022 at the address(es) listed below:

**Name**     **Email Address**

Edward L. Grimsley
    on behalf of Creditor Helena R. Pinto egrimsley@grimsleylaw.com spoole@dgglegal.com

F. Lee O'Steen
    on behalf of Debtor Joao Francisco F. Martins lee@osteenlawfirm.com
    r46526@notify.bestcase.com;Gail@osteenlawfirm.com;Cathy@osteenlawfirm.com;Trinity@osteenlawfirm.com

F. Lee O'Steen
    on behalf of Joint Debtor Nancy Rodrigues Martins lee@osteenlawfirm.com
    r46526@notify.bestcase.com;Gail@osteenlawfirm.com;Cathy@osteenlawfirm.com;Trinity@osteenlawfirm.com

Gentry Collins
    on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of GAMLT 2017-RPL1 Trust gentry.collins@brockandscott.com, wbecf@brockandscott.com

| District/off: 0420-7 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 23, 2022 | Form ID: trc | Total Noticed: 1 |

Gretchen D. Holland
    ecf@upstate13.com gdh@upstate13.com;pacer@upstate13.com

John Judson Hearn
    on behalf of Creditor Bayview Loan Servicing LLC ecfnotices@rogerstownsend.com

Travis E. Menk
    on behalf of Creditor Bayview Loan Servicing LLC travis.menk@brockandscott.com, wbecf@brockandscott.com

Travis E. Menk
    on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 c/o Select Portfolio Servicing Inc. travis.menk@brockandscott.com, wbecf@brockandscott.com

Travis E. Menk
    on behalf of Creditor Grand Avenue Mortgage Loan Trust 2017-RPL1 travis.menk@brockandscott.com wbecf@brockandscott.com

US Trustee's Office
    USTPRegion04.CO.ECF@usdoj.gov

TOTAL: 10