**Fill in this information to identify the case:**

| Debtor 1 | Joao Francisco F. Martins |
|---|---|
| | First Name  Middle Name  Last Name |
| Debtor 2 | Nancy Rodrigues Martins |
| (Spouse, if filing) | First Name  Middle Name  Last Name |

United States Bankruptcy Court for the District of South Carolina

Case number: 15-03764-hb

FILED
2022 SEP 23 A 11: 56
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

---

**Form 1340 (12/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $15,652.37 |
|---|---|
| Claimant's Name: | Spring Solutions, LLC Assignee to Antonio R. Pinto C/O Helena Pinto (Deceased) |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | P.O. Box 334<br>Glen Burnie, MD 21060<br>410.760.5841<br>springsolutionsllc@gmail.com |
| Reason Funds Were Not Received by Claimant | Creditor Helena Pinto is Deceased. |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation, including separate affidavit, with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

U.S. Attorney for the District of South Carolina
55 Beattie Place #700
Greenville, SC 29601

---

**5. Applicant Declaration**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 9/20/2022

Signature of Applicant: *Marquette Porter*

Marquette Porter, Managing Member of Spring Solutions, LLC
Printed Name of Applicant

Address: P.O. Box 334
Glen Burnie, MD 21060

Telephone: 410.760.5841

Email: springsolutionsllc@gmail.com

**5. Co-Applicant Declaration (if applicable)**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

---

**6. Notarization**
STATE OF Maryland
COUNTY OF Anne Arundel

This Application for Unclaimed Funds, dated September 20th 2022 was subscribed and sworn to before me this 20th day of September, 20 22 by

Marquette Porter

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

ANDREANA HALL   My commission expires: Dec 16, 2025
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
My Commission Expires Dec. 16, 2025

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 _____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

---

Spring Solutions, LLC
P.O. Box 334
Glen Burnie, MD 21060

RECEIVED
2022 SEP 23 A 11: 38
U.S. BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

U.S. Bankruptcy Court
ATTN: Filing Clerk
1100 Laurel Street
Columbia, SC 29201-2b