UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:

Joao Francisco F. Martins and Nancy Rodrigues Martins

Chapter 13
NO: 15-03764-HB

**DEFICIENCY NOTICE**

To: Spring Solutions, LLC Assignee to Antonio R. Pinto C/O Helena Pinto (Deceased):

On September 23, 2022, the Court received an Application for Payment of Unclaimed Funds ("Application"). The Application is deficient because Spring Solutions, LLC has failed to provide documentation that Antonio R. Pinto was appointed as the personal representative for the estate of Helena Pinto by a court after her death and was vested with authority to liquidate her assets at the time of the purported assignment of the claim.

Please cure this deficiency within ten (10) days from the entry of this notice. If you fail to cure this deficiency, the Court may enter an order denying the relief requested without further notice or hearing.

L. Jefferson Davis, IV, Clerk of Court
United States Bankruptcy Court

BY: __/s/ L. Jefferson Davis, IV_____
L. Jefferson Davis, IV, Clerk of Court