# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 15-03764-HB |
| Joao Francisco F. Martins and Nancy Rodrigues Martins, | Chapter 13 |
| Debtor(s). | **ORDER** |

**TAKE NOTICE** that on September 23, 2022, the Court received a Transfer of Claim Other than for Security purporting to assign the claim of Antonio R. Pinto C/A Helena Pinto (deceased) to Spring Solutions, LLC. The assignment is deficient because Spring Solutions, LLC failed to provide documentation that Antonio R. Pinto was appointed as the personal representative for the estate of Helena Pinto by a court after her death and was vested with authority to liquidate her assets at the time of the purported assignment. *See* Fed. R. Bankr. P. 3002(e)(2) (requiring evidence of the claim transfer be filed by the transferee). However, due to an inadvertent error, the assignment was executed by the Clerk's Office. Based on the foregoing,

**IT IS, THEREFORE, ORDERED** that execution of the Transfer of Claim Other than for Security from Antonio R. Pinto C/A Helena Pinto (deceased) to Spring Solutions, LLC is hereby reversed. Spring Solutions, LLC may file a new Transfer of Claim Other than for Security with appropriate documentation in support if it seeks to assign the claim of Helena Pinto.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**09/28/2022**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 09/28/2022