# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0420–7 | User: admin | Date Created: 9/28/2022 |
| Case: 15–03764–hb | Form ID: pdf01 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr        Spring Solutions, LLC        PO Box 334        Glen Burnie, MD 21060–0334

TOTAL: 1